UNITED STATED DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Carye,<br><br>Plaintiff,<br><br>vs.<br><br>WFS Financial, Inc., American Lenders Service Company, City Of Lakes Wrecker and Recovery, Inc.,<br><br>Defendant. | Court File No.: CV 01-1870 DWF/AJB |

**ORDER EXTENDING TIME TO ANSWER REGARDING DEFENDANT WFS FINANCIAL, INC.**

Based upon the Stipulation of the parties dated November 12, 2001, IT IS HEREBY ORDERED that Defendant WFS Financial, Inc. may answer or otherwise respond to this Complaint or before November 16, 2001.

BY THE COURT

Dated: November 16, 2001

Magistrate Judge Arthur J. Boylan

503494_1

FILED NOV 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______