UNITED STATE DISTRICT COURT
STATE OF MINNESOTA
COURT FILE NO. CV 01-1870 DWF/AJS

---

Linda Carye,

Plaintiff,

vs.

WFS Financial, Inc.,
American Lenders Service Company,
City of Lakes Wrecker and Recovery, Inc.,

Defendants.

**STIPULATION TO AMEND CROSS-CLAIM OF DEFENDANT AMERICAN LENDERS SERVICE COMPANY** AND ORDER

---

**WHEREAS,** Defendants American Lenders Service Company ("American Lenders") desires to amend its Cross-Claim against Defendant WFS Financial, Inc. ("WFS") to seek relief for breach of contract, contractual indemnity and attorney's fees; and

**WHEREAS,** Plaintiff, Defendant WFS, and Defendant City of Lakes Wrecker and Recovery, Inc. have no objection to said amendment; and

**WHEREAS,** Rule 15 of the Federal Rules of Civil Procedure permits amendment of the Cross-Claim by written consent of the adverse parties;

**NOW, THEREFORE,** it is hereby stipulated by and between the parties as follows:

1. That Defendants American Lenders may amend its Cross-Claim consistent with the Amended Cross-Claim of Defendant American Lenders Service Compnay which is attached hereto and incorporated herein by reference.

JUN 0 3 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

MAY-21-2002 08:39 YOST & BAILL 612 3441689 P.04/05

2. That said Amended Cross-Claim may be served by Defendant American Lenders on Plaintiff's and Defendants' counsel by U.S. mail.

Dated: 5/21, 2002

CONSUMER JUSTICE CENTER, P.A.

By____________________
Thomas J. Lyons, Jr. (#249646)
Attorneys for Plaintiff
342 East County Road D
Little Canada, MN 55117
(651) 770-9707

Thomas J. Lyons & Associates
Thomas J. Lyons
342 East County Road D
Little Canada, MN 55117
(651) 770-9707

Dated: 5/10/, 2002

YOST & BAILL, LLP

By____________________
Steven L. Theesfeld (#216860)
2350 One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-6000

Attorneys for Defendants American Lenders Service Company and City of Lakes Wrecker and Recovery, Inc.



05/21/2002 09:58 6517705830 THOMAS LYONS & ASSOC PAGE 02/02

2. That said Amended Cross-Claim may be served by Defendant American Lenders on Plaintiff's and Defendants' counsel by U.S. mail.

Dated:______________________, 2002

CONSUMER JUSTICE CENTER, P.A.

By_________________________________

Thomas J. Lyons, Jr. (#249646)
Attorneys for Plaintiff
342 East County Road D
Little Canada, MN 55117
(651) 770-9707

Thomas J. Lyons & Associates
Thomas J. Lyons
342 East County Road D
Little Canada, MN 55117
(651) 770-9707

Dated: 5/10/, 2002

YOST & BAILL, LLP

By_________________________________

Steven L. Theesfeld (#216860)
2350 One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-6000

Attorneys for Defendants American Lenders
Service Company and City of Lakes
Wrecker and Recovery, Inc.

Dated: MAY 24, 2002

MESSERLI & KRAMER, P.A.

By /s/ George R. Serdar

George R. Serdar (#99259)
1800 Fifth Street Towers
150 S. Fifth Street
Minneapolis, MN 55402
(612) 672-3600

Attorneys for Defendant WFS Financial, Inc.

So Ordered.

6/3/02

U.S. Magistrate Judge

UNITED STATE DISTRICT COURT
STATE OF MINNESOTA
COURT FILE NO. CV 01-1870 DWF/AJS

Linda Carye,

Plaintiff,

vs.

WFS Financial, Inc.,
American Lenders Service Company,
City of Lakes Wrecker and Recovery, Inc.,

Defendants.

**AMENDED CROSS-CLAIM OF DEFENDANT AMERICAN LENDERS SERVICE COMPANY**

TO: WFS FINANCIAL, INC. AND ITS ATTORNEY, GEORGE R. SERDAR, 1800 FIFTH STREET TOWERS, 150 S. FIFTH STREET, MINNEAPOLIS, MN 55402.

Defendant, American Lenders Service Company (hereinafter referred to as "American Lenders") as and for its Amended Cross-Claim against Defendant WFS, states as follows:

I.

That Defendant WFS Financial, Inc. retained American Lenders to repossess the subject automobile from the Plaintiff herein.

II.

WFSis liable for the actions of these answering Defendants as the duty to collect debts lawfully is a non-delegable duty under Minnesota law.

III.

Based upon this non-delegable duty, to the extent that judgment is entered against American Lenders based upon the allegations of the Plaintiff's Complaint, American Lenders is

entitled to common law contribution and/or indemnity from WFS Financial for all damages awarded to the Plaintiff in this action.

IV.

Affirmatively assert that the Repossession Services Agreement, attached hereto as Exhibit A and incorporated herein by reference, was never executed by WFS and there is no such contract or agreement was reached between WFS and American Lenders.

V.

In the alternative, allege that if the Repossession Services Agreement was agreed to by both parties, WFS breached its obligations to American Lenders under Repossession Services Agreement by failing to provide proper notices, required by law and otherwise, to the Plaintiff.

VI.

Plaintiff has alleged that WFS breached certain statutory and common law duties in connection with the attempted repossession of the Carye vehicle. To the extent that the Plaintiff prevails on her claims, American Lenders is entitled to contractual indemnification under the Repossession Services Agreement.

VII.

The Repossession Services Agreement, Sections 11 and 15, allow American Lenders to claim reasonable attorney's fees from WFS in connection with the interpretation and enforcement of the indemnification rights under that Agreement and for sums expended by American Lenders for the defense of the action brought by Plaintiff.

VIII.

American Lenders has engaged attorneys to represent its position in connection with this action and has expended money for attorney's fees and costs in connection with the defense of this action.

IX.

In the event American Lenders prevails with respect to its claims under the Repossession Services Agreement or its common law claims against WFS, American Lenders is entitled to obtain attorney's fees and costs reasonably incurred in connection with the defense of this action from WFS.

WHEREFORE, Defendants City of Lakes and American Lenders prays for the following relief:

1. That in the event judgment is entered in favor of the Plaintiff for the claims set forth in the Complaint, American Lenders be awarded contribution and/or indemnity from Defendant WFS Financial, Inc.

2. That in the event judgment is entered in favor of the Plaintiff for the claims set forth in the Complaint, American Lenders be awarded judgment against Defendant WFS in an amount equal to the attorney's fees expended by American Lenders in connection with this action.

3. That American Lenders be awarded such and further relief as the Court deems just and equitable.

Dated: 5/10/02

YOST & BAILL, LLP

By: [signature]

Steven L. Theesfeld, Esq.
Attorney I. D. No. 216860
2350 One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402
(12) 338-6000

Attorneys for Defendants American Lenders Service Company and City of Lakes Wrecker and Recovery, Inc.

**ACKNOWLEDGMENT**

The undersigned hereby acknowledges that costs, disbursements, and reasonable attorney and witness fees may be awarded pursuant to Minn. Stat. §549.211, subdivision 2, to the party against whom the allegations in the pleading are asserted.

Dated: 5/10, 2002

YOST & BAILL, LLP

By [signature]
Steven L. Theesfeld
Attorney I.D. No. 216860
2350 One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-6000

Attorneys for Defendants American Lenders Service Company and City of Lakes Wrecker and Recovery, Inc.

*Featured Speakers Include:*

**District of Minnesota**

**Judge David S. Doty**

**Judge Donovan W. Frank**

**Judge Paul A. Magnuson**

**Judge Ann D. Montgomery**

**Judge John R. Tunheim**

**Chief Magistrate Judge Jonathan Lebedoff**

**Magistrate Judge Arthur J. Boylan**

**United States Bankruptcy Court**
**District of Minnesota**

**Judge Robert J. Kressel**

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

**The Minnesota Chapter of the Federal Bar Association**
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

**MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION**

**In connection with**
**The Federal Judiciary**

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

**Minneapolis Convention Center**
**1301 Second Avenue South**
**Room 208**
**Minneapolis, MN 55402**
**(612) 335-6000**

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office)***; **Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

### Seminar Registration

☐ Member $195.00
☐ Non-Member $225.00

Name

Firm/Employer

Address

Phone

E-Mail

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building