UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

LINDA CARYE,

Plaintiff,

v.

WFS FINANCIAL, INC.,
AMERICAN LENDERS SERVICE COMPANY,
CITY OF LAKES WRECKER AND RECOVERY, INC.,

Defendants.

Civil No. 01-1870 DWF/AJB

ORDER

---

The Court has received the motion by Defendants American Lenders and City of Lakes to Postpone Plaintiff's Motion to Amend to Plead Punitive Damages. The Defendants have waived oral argument on said motion.

The Court has reviewed Defendants' motion and hereby orders that Defendants' motion is **denied.**

Dated: 7/2/02

ARTHUR J. BOYLAN
United States Magistrate Judge

JUL 0 2 2002
Filed ____________
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________