**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

LINDA CARYE,

Plaintiff,

v.

WFS FINANCIAL, INC.,
AMERICAN LENDERS SERVICE COMPANY,
CITY OF LAKES WRECKER AND
RECOVERY, INC.,

Defendants.

Civil No. 01-1870 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Thomas Lyons, Jr., Esq., Consumer Justice Center, 342 County Road D East, Little Canada, MN 55117, and Thomas Lyons, Esq., Lyons & Associates, 342 County Road D East, Little Canada, MN 55117, counsel for Plaintiff.

George Serdar, Esq., Messerli & Kramer, 1800 Fifth Street Towers, 150 South 5th Street, Minneapolis, MN 55402-4246, counsel for Defendant WFS Financial, Inc., and Steven Theesfeld, Esq., Yost & Baill, 120 6th Street South, Suite 2350, Minneapolis, MN 55402, counsel for Defendants American Lenders Service Company and City of Lakes Wrecker and Recovery, Inc.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: November 26, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed NOV 26 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________